# United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Louis Eugene Beery
aka Louis E. Beery, aka Louis Eugene Beery III

**BANKRUPTCY NO.** 1:09–bk–23416–KT

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–3899
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 2/4/10

**Address:**
1220 Newman St.
Simi Valley, CA 93065

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: February 4, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN–150) Rev. 03/09

**27 / EG3**