1  Lindsey Benson Green, SBN# 184597
2  Gumm & Green, LLP
   Attorneys at Law
3  5743 Corsa Ave., Suite 111
   Westlake Village, California 91362
4  (818) 707-4233

5  Attorneys for Louis Beery

6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10  In re:                          )   Case No.: 1:09-bk-23416-KT
                                    )
11  Louis Beery,                    )   CHAPTER 13 BANKRUPTCY
                                    )
12  Debtor.                         )
                                    )   ORDER SETTING ASIDE DISMISSAL OF
13                                  )   CH. 13 CASE BASED UPON MISTAKE,
                                    )   INADVERTENCE OR NEGLECT, TO
14                                  )   REINSTATE CASE THEREON AND
                                    )   TO PUT CASE BACK ON CH. 13
15                                  )   CONFIRMATION CALENDAR
                                    )
16                                  )
                                    )   PLACE: 21041 Burbank Blvd.
17                                  )          Woodland Hills, CA
                                    )   CTRM.: # 301
18  _____)

19      Debtor Louis Beery's ex parte motion to set aside the order of dismissal of February 4,
20  2010, to reinstate case thereon and to put case back on the Ch. 13 confirmation calendar was
21  reviewed by this court on an Ex Parte basis on February 10, 2010. The court, after reviewing said
22  motion, finds good cause and orders the dismissal of debtor's case on February 4, 2010 to be set
23  aside, for the case to be reinstated and for the case to be put back on the Ch. 13 confirmation
24  calendar for March 2, 2010 at 10:00 a.m.

25  IT IS SO ORDERED:
26  D____ 2/10/10                        *Kathleen Thompson*
                                         Kathleen Thompson - United States Bankruptcy Judge

in re Louis Beery- Order Setting Aside Dismissal of Ch. 13 Case based upon mistake, inadvertence or neglect, to reinstate case
thereon and put case back on Ch. 13 confirmation calendar

1