# United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

## NOTICE TO CREDITORS

**DEBTOR(S) INFORMATION:**
Louis Eugene Beery
**SSN:** xxx–xx–3899
**EIN:** N/A
aka Louis E. Beery, aka Louis Eugene Beery III

1220 Newman St.
Simi Valley, CA 93065

**BANKRUPTCY NO.** 1:09–bk–23416–KT
**CHAPTER** 13

Pursuant to an Order entered 2/10/2010, the dismissal of this Chapter 13 case has been set aside and the Confirmation Hearing has been reset for 3/2/2010 @ 10:00 AM at the US Bankruptcy Court 21041 Burbank Blvd Crtrm 301 , Woodland Hills CA 91367

Dated: February 10, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form not rev. 5/96) VAN–99

**31 / PHI**